

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,516-01

### EX PARTE MICHAEL FIGEROA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2009-423,705 IN THE 137TH DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated assault and sentenced to ten years' imprisonment for Count I and five years' imprisonment for Count II. He did not appeal his convictions.

Applicant contends, among other things, that his convictions violate double jeopardy because he was punished twice for the same offense. The State agrees that relief should be granted. We agree with the trial court's conclusion that Applicant has suffered multiple punishments for the same

offense. Applicant is entitled to relief.

Relief is granted. The judgment in Count II of Cause No. 2009-423,705 in the 137th Judicial District Court of Lubbock County is vacated and set aside. All remaining issues challenging the judgment in Count I are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Parole Division.

Delivered: November 5, 2014
Do Not Publish